## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIETTE NALUBWAMA KAWEESA ) <br> # A75 835-579 ) <br> ) <br> Petitioner ) <br> ) <br> v. ) <br> ) <br> JOHN D. ASHCROFT, Attorney General; ) <br> BRUCE CHADBOURNE, Interim ) <br> Field Office Director for Detention and ) <br> Removal, Boston Field Office, Bureau of ) <br> Immigration and Customs Enforcement; ) <br> KATHLEEN M. DENNEHY, Acting ) <br> Commissioner, Massachusetts Dep't of ) <br> Correction, and the Bureau of Immigration ) <br> and Customs Enforcement (BICE) ) <br> ) <br> ) <br> Respondents, ) <br> ) | Civ. No. 04-10513WGY <br><br> FILED <br> In Open Court <br> USDC, Mass <br> Date 3-17-04 <br> By _____ <br> Deputy Clerk <br><br><br> Entry of Appearance of Additional Counsel |

I, Daniel Kanstroom, attorney-at-law, 885 Centre Street, Newton, MA 02459, do hereby enter my appearance for the petitioner, JULIETTE NALUBWAMA KAWEESA, in the above-entitled matter.

Dated: March 16, 2004

DANIEL KANSTROOM
B.B.O. No.258050
885 Centre Street
Newton, MA 02459
(617)552-0880