## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIETTE NALUBWAMA KAWEESA )<br># A75 835-579 )<br> )<br>Petitioner )<br> )<br>v. )<br> )<br>JOHN D. ASHCROFT, Attorney General; )<br>BRUCE CHADBOURNE, Interim )<br>Field Office Director for Detention and )<br>Removal, Boston Field Office, Bureau of )<br>Immigration and Customs Enforcement; )<br>KATHLEEN M. DENNEHY, Acting )<br>Commissioner, Massachusetts Dep't of )<br>Correction, and the Bureau of Immigration )<br>and Customs Enforcement (BICE) )<br> )<br> )<br> )<br>Respondents, )<br>_____) | FILED<br>In Open Court<br>USDC, Mass<br>Date 3-17-04<br>By _____<br>Deputy Clerk<br><br>Civ. No. 04-10513WGY<br><br><br><br><br><br><br><br>Entry of Appearance of Additional Counsel |

    I, Daniel Kanstroom, attorney-at-law, 885 Centre Street, Newton, MA 02459, do hereby enter my appearance for the petitioner, JULIETTE NALUBWAMA KAWEESA, in the above-entitled matter.

Dated: March 16, 2004

                                       DANIEL KANSTROOM
                                       B.B.O. No.258050
                                       885 Centre Street
                                       Newton, MA 02459
                                       (617)552-0880