04-10513-WGY

# DECLARATION OF ELIZABETH BRODERICK

I, Elizabeth Broderick, hereby declare under the pains and penalties of perjury under the laws of the United States that the following is true and correct:

1. I am admitted to practice law in the Commonwealth of Massachusetts.

2. On July 30, 2003 I submitted a Motion to Reopen to The Board of Immigration Appeals on behalf of Julette Kaweesa (A#75 835 579).

3. Attached are copies of my Notice of Appearance as Attorney and the Declaration of Juliette Kaweesa I submitted with the Motion to Reopen.

*Elizabeth Broderick*
Signature

Elizabeth Broderick
Attorney at Law
174 Central Street, Suite 402
Lowell, MA 01852
(978)275-0016
BBO# 641200