04-10513-WGY

## Declaration of Juliette Kaweesa

I, Juliette Kaweesa, A 075 835 579, am requesting that my Removal Proceedings be reopened so I may apply for asylum, withholding of removal, or withholding of removal under Article 3 of the Convention Against Torture because I fear I will be tortured or killed if I return to my native Uganda. In support of this application, under the penalties and pains of perjury, I state the following:

1. I was active in several Christian ministries in Uganda. I worked mainly with women and children and was well known in Kampala for my preaching and music ministry. My husband, Stephen Kaweesa, was the pastor of the Heritage Revived Church in Uganda until he was murdered by government security officers in 1994. After my husband's murder I remained involved in several other churches although the Heritage Revived Church ceased to exist due to the fear and apprehension of the members.

2. My ministry was a public one. I often traveled with a portable microphone to preach and sing and would lead prayer groups. I focused on ministering to women and their children and became involved with a group called Human Rights Africa because they promoted respect for women, a message I was trying to bring to the women themselves through my ministry.

3. In 1994 I was detained by government security officers in Kampala. While in detention I was questioned about my activities with women and children. Until this time I did not consider my views to be political, only religious, in nature. While I was detained I was interrogated, beaten and raped by at least four men.

4. Upon my release from detention I obtained a B visa to come to the United States to attend a religious conference. I arrived in the US on August 2, 1994. I filed my application for asylum *pro se*.

5. I was sent a notice that my Master Calendar hearing was scheduled for May 13, 1999 but somehow got the date wrong in my head. When I realized my mistake on May 15, 1999 I went straight to the Immigration Court in Boston and asked to speak to the judge. The clerk told me that I could not speak to the judge but I could file a Motion to Reopen. I submitted a handwritten Motion to Reopen the same day and later contacted an attorney who helped me to amend my Motion and later to appeal my case to the BIA.

6. Since arriving in the United States I have kept in contact with my son Fred. Sometime in 2001, I am not sure of the exact date, a former neighbor of mine called from Uganda to tell me that Fred was in the hospital, that he had been badly beaten and that they did not know if my son would live. He said he heard Fred screaming and when he went to the house to see what happened Fred was bleeding on the floor and could not speak. The neighbor brought Fred to the hospital. About one week after this phone call Fred called me to tell me what had happened. He said several men in regular clothes driving an army truck had come to the house looking for me. He said there were rumors that I had returned to Uganda. When he said that he didn't know where I was they began to beat him. Fred remained in the hospital for three weeks. I asked him to send me a picture of

his injuries so I could know just how bad it was since I could not be there with him. He sent me a photo of the injuries to his face and head. Although I do not know the exact date of this incident I am trying to get hospital records or other documentation from Fred. Fred is difficult to contact sometimes because he is moving around out of fear. The last few time I have spoken with him he told me that the security men are still after him and questioning him about me.

7. I fear returning to Uganda because I have been tortured in the past due to my religious beliefs and what the government perceived as my political activities, my husband and brother were both murdered, and my son has recently been severely beaten. All of these abuses were committed by government security forces. After speaking to my son Fred and seeing the awful picture he sent to me, I am more concerned than ever for my safety if I return to Uganda. I am afraid I will be tortured again or even killed.

8. If my case is reopened I can submit further documentation of the claims I have made in this declaration. I continued my preaching and music ministry in the United States through churches here who knew of my reputation in Uganda. The Pastors and Church members here have told me that they would be more than happy to submit affidavits to corroborate my claims.

Respectfully Submitted,

_____
Juliette Kawcesa