*04-10513-WGY*

# SUPPLEMENTAL DECLARATION OF ALEXANDRA DUFRESNE TO CORRECT ERRORS MADE IN HASTE IN PREPARING FOR MARCH 12, 2004 EMERGENCY FILINGS

This supplemental declaration is to correct several inadvertent errors made in my original declaration due to extreme time pressure in preparing the materials for filing in one day. In preparing the copies to send to respondents via FedEx after the federal court and BIA afternoon filing deadlines, I noticed the errors set forth below. Given the extreme deadlines my students and I were facing to prevent Juliette's immediate deportation, it is possible that I made other inadvertent errors of this nature not noted below.

1. Exhibit 12 to the Emergency Request for Stay of Deportation and *Ex Parte* Temporary Restraining Order filed with the District Court yesterday, March 12, 2004, is the notice Juliette received from Headquarters on March 11, 2004 informing her that her deportation is "imminent." I learned about this document from Juliette's friend late in the evening of March 11, 2004. Juliette faxed us this document around midday yesterday (the day we filed), after I had written and signed my original declaration, which stated that I had not seen this document as Juliette is detained approximately 1.5 hours away from my office. When we received the fax, I glanced at it to confirm use of the word "imminent" and then immediately gave it to my student to prepare for filing. In the filing rush, I forgot to go back and re-do the affidavit I had prepared. Inadvertently, we forgot to make a photocopy of this document before filing it with the district court. So, this document is present in the exhibits given the court but not in the exhibits sent to opposing counsel.

2. In the Emergency Motion for Stay of Removal filed with the BIA yesterday, March 12, 2004, I stated that Juliette filed her motion to reopen *pro se* on the same day that she mistakenly went to Immigration Court for her hearing. This is incorrect. She did not file her motion to reopen until March 19, 1999. I mistakenly relied on an error set forth in her second Motion to Reopen prepared by private counsel this summer. Yesterday I received the papers from Juliette's original lawyer (who was the one who filed the first Motion to Reopen before the BIA) and I noticed the error yesterday afternoon, after I had sent the Emergency Motion to a colleague in the Falls Church area for filing.

3. In the Emergency Request for Stay of Deportation and *Ex Parte* Temporary Restring Order filed with the District Court yesterday, March 12, 2004, I stated that Juliette filed her motion to reopen *pro se* "as soon as she learned of her mistake." This is not literally correct. She filed her motion to reopen *pro se* on March 19, 1999. I did not catch this error until after I had given the brief to my student to file.

4. Exhibit 1 to the Emergency Request for Stay of Deportation and *Ex Parte* Temporary Restraining Order filed with the District Court earlier today, March 12, 2004, is the Declaration of Juliette Kaweesa submitted with her Motion to Reopen filed by Elizabeth Broderick. Because Elizabeth was in court yesterday for another matter and had inadvertently failed to send me both pages of the affidavit before our filing deadline, I did not receive the second and final page of this declaration from Elizabeth until after I

had sent my students to file the brief. I am enclosing the second page here and in the materials sent to the respondents via FedEx. I am also enclosing a Declaration of Elizabeth Broderick received today by fax, March 13, 2004, which explains that the Declaration of Juliette Kaweesa attached to her fax is the one she filed with the BIA in July 2003. Elizabeth explained to me by phone last night that she did not have a signed copy of this affidavit in her case files, due to a mistake made in the rush to file Juliette's second motion to reopen before the BIA in July, 2003. Today, Saturday, March 14, 2004, I called Elizabeth to ask to explain in her affidavit the reasons for the lack of a signed copy in her files, but I have not received a response in time for the FedEx deadline that will ensure Monday morning delivery. I am enclosing a copy of the EOIR-28 signed by Juliette Kaweesa that shows that she retained Elizabeth Broderick as her lawyer.

5. Because, due to the errors noted above in paragraph 4, I did not have the benefit of reading page 2 of Juliette's affidavit before filing the briefs yesterday, I failed to mention the testimony in Juliette's affidavit that her son Fred has been moving around in Uganda due to fear. If given more time before Juliette is deported, the case team will interview Juliette more thoroughly and prepare more detailed affidavits explaining these circumstance.

6. The dates on the Certificates of Services filed with the BIA and the district court on March 12, 2004 are incorrect. As corrected by hand in the materials to be served on Respondents, I am placing all documents in the Saturday FedEx dropbox to ensure delivery Monday morning, March 15, 2004.

7. There are typographical errors in the motions submitted to the BIA and district court that will cause confusion. The fact sections describing the information Juliette received about the beatings of her son, Fred, were copied directly from Juliette's affidavit prepared with her July 2003 Motion to Reopen. In the rush to meet the afternoon filing deadlines yesterday, I inadvertently forgot to change the "I" (refereeing to Juliette, as she was the declarant) to "she." I, the undersigned, did not receive a call from Juliette's former neighbor; the "I" mentioned always refers to Juliette.

8. A writing error made in haste in the motions submitted to the BIA and district court make it sound like the undersigned received a phone call from *Washington* about Juliette's imminent deportation. This is not correct. On the evening of March 11, 2004, I received a call from Juliette's friend, who told me that Juliette had called him about the letter she received from Headquarters in Washington earlier that day, which advised her deportation was "imminent."

I declare under the pains and penalties of perjury under the laws of the United States that the foregoing is true and correct.

_Alexandra Dufresne_
Signature

_March 13, 2004_