UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIETTE NALUBWAMA KAWEESA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO: |
| JOHN D. ASHCROFT, | ) | Docket # 04-10513-WGY |
| BRUCE CHADBOURNE, and | ) | |
| KATHLEEN M. DENNEHY, | ) | |
| Respondents. | ) | |

**RESPONDENTS' NOTICE OF SCHEDULING OF REMOVAL**

Now come the Respondents, pursuant to this Court's March 17, 2004, order, to provide notice that the removal of the Petitioner has been scheduled to go forward on April 21, 2004.

Respectfully submitted,
MICHAEL J. SULLIVAN

United States Attorney

_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the Petitioner by hand on this __31 day of March 2004.

_/s/ Mark J. Grady_____
Mark J. Grady
Assistant U.S. Attorney