UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIETTE KAWEESA<br># A 75 835-579<br><br>  Petitioner<br><br>  v.<br><br>JOHN D. ASHCROFT, Attorney General;<br>BRUCE CHADBOURNE, Interim<br>Field Office Director for Detention and<br>Removal, Boston Field Office, Bureau of<br>Immigration and Customs Enforcement;<br>KATHLEEN M. DENNEHY, Acting<br>Commissioner, Massachusetts Dep't of<br>Correction, and the Bureau of Immigration<br>and Customs Enforcement (BICE)<br><br><br><br>  Respondents, | Civ. No. 04-10513-WGY<br><br><br><br><br><br>Motion to Reopen Administratively<br>Closed Case |

## MOTION TO REOPEN ADMINISTRATIVELY CLOSED CASE

Petitioner respectfully requests that this court reopen the above-captioned case, which was administratively closed by agreement of the court and parties. The reason for reopening is to allow the court to consider petitioner's attached Petition for Writ of Habeas Corpus and Emergency Request for Preliminary Injunction Staying Removal.

Respectfully submitted this 16th day of April, 2004

                                                           _____
                                         ALEXANDRA DUFRESNE, BBO #654959
                                                       Detention Attorney
                              Boston College Immigration and Asylum Project
                                     DANIEL KANSTROOM, BBO # 258050
                Professor and Director, International Human Rights Law Program
                                                        885 Centre Street
                                                      Newton, MA 02459-1148
                                                      (617) 552-0593 (voice)
                                                       (617) 552-2615 (fax)
                                                  alexandra.dufresne.1@bc.edu
                                               for Petitioner Juliette Kaweesa

## CERTIFICATE OF SERVICE

I, Alexandra Dufresne, hereby certify that I served a true copy of the foregoing on

Mark J. Grady
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Te. No. (617) 748-3136

by hand delivery on April 16, 2004.

Dated: 4/16/04

Alexandra Dufresne