UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIETTE NALUBWAMA KAWEESA, )<br>        Petitioner,      )<br>                                    )<br>v.                                 )<br>                                  )<br>JOHN D. ASHCROFT,      )<br>BRUCE CHADBOURNE, and )<br>KATHLEEN M. DENNEHY,   )<br>        Respondents.      ) | CIVIL ACTION NO:<br>Docket # 04-10513-WGY |

**RESPONDENTS' NOTICE OF DECISION BY THE BOARD OF IMMIGRATION APPEALS**

On May 3, 2004, the Board of Immigration Appeals rendered a decision denying the Petitioner's Motion to Reopen. The Respondent submits a copy of the decision for review by this Court.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN

                                        United States Attorney

                                        _/s/ Mark J. Grady_____
                                        MARK J. GRADY
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA   02210
                                        Tel. No. (617) 748-3136

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the Petitioner by mail on this 5th day of March 2004.

                                        _/s/ Mark J. Grady_____
                                        Mark J. Grady
                                        Assistant U.S. Attorney