UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIETTE NALUBWAMA KAWEESA,      )<br>        Petitioner,      )<br>                                              )<br>v.                                          )<br>                                              )<br>JOHN D. ASHCROFT,                )<br>BRUCE CHADBOURNE, and     )<br>KATHLEEN M. DENNEHY,       )<br>        Respondents.      ) | CIVIL ACTION NO:<br>Docket # 04-10513-WGY |

**RESPONDENTS' NOTICE OF SCHEDULING OF REMOVAL**

Now come the Respondents to provide notice that the Petitioner has been scheduled to be removed on or after May 13, 2004.

Respectfully submitted,
MICHAEL J. SULLIVAN

United States Attorney

_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the Petitioner by mail on this 4th day of March 2004.

_/s/ Mark J. Grady_____
Mark J. Grady
Assistant U.S. Attorney