UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY 25 A 9:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In the matter of: Juliette Kaweesa<br>#A 75 835 579<br><br>Petitioner<br><br>JOHN D. ASHCROFT, Attorney General;<br>BRUCE CHADBOURNE, Interim Field<br>Office Director for Detnetion and Removal,<br>Boston Field Office, Bureau of Immigration<br>and Customs Enforcement; KATHLEEN M.<br>DENNEHY, Acting Commissioner,<br>Massachusetts Dep't of Correction, and the<br>Bureau of Immigration and Customs<br>Enforcement (BICE) | Civ No: 04-10513-WGY |

## MOTION TO CONTINUE

Now Comes the Alien Juliette Kaweesa, and hereby makes this my Motion to continue the May 25, 2004 deadline for sixty (60) days to submit additional documentation pertinent to my case.

In support hereof, I have just recently received a letter from Attorney Alexandra Dufresne on May 14, 2004, stating that she is terminating her services of representation in my pending immigration matter. Due to the fact that I am currently incarcerated at Bristol County Detention Center, I have been unable to retain new counsel in such a short period of time.

For the foregoing reasons the instant motion should in all respects be granted.

WHEREFORE, I, Juliette Kaweesa, prays this Court:
    A.    Continue the time allowed to submit additional documentation for 60 days; or
    B.    Order such alternative relief as the Court deems just and proper.

Respectfully submitted,
Alien Juliette Kaweesa,

Dated: May 24, 2004

*Juliette Kaweesa*
Juliette Kaweesa
Bristol County Sheriff's Office
400 Faunce Corner Road
North Dartmouth, MA 02747

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I, **Wilberforce** forwarded a true copy of the foregoing Motion to Continue via hand delivery to the following: **Kateregga**

United States District Court for the District of Massachusetts
Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210


Mark Grady
Assistant U.S. Attorney
U.S. Attoney's Office
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210


Dated: May 24, 2004

_____
(signature)