UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of: Juliette Kaweesa <br> #A 75 835 579 <br><br> Petitioner <br><br><br> JOHN D. ASHCROFT, Attorney General; <br> BRUCE CHADBOURNE, Interim Field <br> Office Director for Detnetion and Removal, <br> Boston Field Office, Bureau of Immigration <br> and Customs Enforcement; KATHLEEN M. <br> DENNEHY, Acting Commissioner, <br> Massachusetts Dep't of Correction, and the <br> Bureau of Immigration and Customs <br> Enforcement (BICE) | Civ No: 04-10513-WGY |

## AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE

I, Juliette Kaweesa, after duly sworn in, do hereby depose and state:

1. On or about May 13, 2004, a letter from Attorney Alexandra Dufresne was sent to me stating that she was terminating her services of representation in my pending immigration matter and the withdrawal of Attorney Alexandra Dufresne's appearance was allowed.

2. I did not receive the letter until May 14, 2004.

3. Due to the fact that I am currently incarcerated at Bristol County Detention Center, I have been unable to retain new counsel in such a short period of time.

4. I have contacted another attorney who was available to take my case but due to the short period of time to file documents and the complexity of the case, it was not accepted.

5. I am requesting additional time in order to retain private counsel and to submit the supporting documents needed in my case.

6. I believe that I have a valid case, however I need additional time to submit supporting documents since some of the documentation necessary for my case must come from Ghana, Uganda.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: May 24, 2004

                                                                                     _____
                                                                                              Juliette Kaweesa