UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIETTE NALUBWAMA KAWEESA, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO: |
| JOHN D. ASHCROFT, | ) | Docket # 04-10513-WGY |
| BRUCE CHADBOURNE, and | ) | |
| KATHLEEN M. DENNEHY, | ) | |
|     Respondents. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Respondents.

                Respectfully submitted,
                MICHAEL J. SULLIVAN

                United States Attorney

                _/s/ Mark J. Grady_____
                MARK J. GRADY
                Assistant U.S. Attorney
                U.S. Attorney's Office
                John Joseph Moakley U.S. Courthouse
                1 Courthouse Way, Suite 9200
                Boston, MA  02210
                Tel. No. (617) 748-3136

## Certificate of Service

      I hereby certify that a true copy of the above document was served upon the Petitioner by mail on this 5th day of March 2004.

                _/s/ Mark J. Grady_____
                Mark J. Grady
                Assistant U.S. Attorney