UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIETTE NALUBWAMA KAWEESA,    )  <br>            Petitioner,        )  <br>                    )  <br> v.                    )  <br>                    )   CIVIL ACTION NO: <br> JOHN D. ASHCROFT,            )   Docket # 04-10513-WGY <br> BRUCE CHADBOURNE, and        )  <br> KATHLEEN M. DENNEHY,        )  <br>            Respondents.        ) | | |

**RESPONDENTS' FILING IN RESPONSE TO THIS COURT'S MAY 28, 2004, ORDER**

On May 28, 2004, this Court entered an order directing that the government provide "any evidence" regarding "when, if ever, any government official informed Kaweesa of her right to appeal decisions of the immigration judge to the BIA, to the First Circuit; when, if ever, Kaweesa learned of her rights to appeal to the BIA and the First Circuit."

The Respondent reports, through undersigned counsel, that:

1.  Based upon representations of agency counsel for the Bureau of Customs and Immigration Enforcement, the Board of Immigration Appeals does not customarily inform aliens of the right to appeal to the First Circuit.

2.  There is no evidence that any government official informed Ms. Kaweesa of the right to appeal to the First Circuit in the present action or in prior actions.

3.  Nevertheless, based upon the representations to this court and subsequent conversations with counsel, it was represented to the government that Alexandra Dufresne, prior counsel for the Petitioner, informed the Petitioner of her rights to appeal the most recent adverse decision to the First Circuit and the relevant deadlines prior to withdrawing from this action on May 11, 2004. The government has contacted Attorney Dufresne, via e-

mail, who has confirmed that she informed the Petitioner of her right to appeal the most recent decision of the BIA to the First Circuit and the relevant deadline. Please see attached e-mails.[1]

4. In issuing decisions on the merits, the Immigration Judge is required by regulation to inform aliens of the right to appeal to the Board of Immigration Appeals. The decision on the motion to reopen (not a decision on the merits) did not inform the Petitioner of her right to appeal to the BIA. The government has no direct evidence of notice to the Petitioner by a government official of the right to appeal to the BIA. The Petitioner nevertheless perfected appeals to the Board of Immigration Appeals in each instance of an adverse decision of which the government is aware.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the Petitioner by mail this 7[h] day of June 2004.

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney

---

[1] A review of PACER does not reflect that an appeal has been filed.