# Grady, Mark

**From:** DUFRESNA@bc.edu
**Sent:** Tuesday, June 01, 2004 1:39 PM
**To:** Grady, Mark
**Subject:** Re: Juliette Kaweesa

Hi,

Yes. Before withdrawing, I informed Ms. Kaweesa in writing of her rights to appeal the various decisions in the matter, and the relevant filing deadlines, including the deadlines Judge Young mentioned in our last hearing.

Alexandra

| On Tue, 01 Jun 2004 11:33:34 -0400 (EDT)
| "Mark.Grady@usdoj.gov" <Mark.Grady@usdoj.gov> wrote:
|   The court has recently inquired of the government as to who has informed Ms. Kaweesa of her rights to appeal the various decisions in this matter. In complying with the court's order, I simply inquire whether, prior to your withdrawal, you had occasion to inform Ms. Kaweesa of her right to appeal the most recent decision of the BIA and the applicable deadlines.
|

# Grady, Mark

**From:** Grady, Mark
**Sent:** Friday, June 04, 2004 8:04 AM
**To:** 'DUFRESNA@bc.edu'
**Subject:** RE: Juliette Kaweesa CORRECTION

Thank you again.

-----Original Message-----
From: DUFRESNA@bc.edu [mailto:DUFRESNA@bc.edu]
Sent: Tuesday, June 01, 2004 5:41 PM
To: Grady, Mark; DUFRESNA@bc.edu
Subject: Re: Juliette Kaweesa CORRECTION


I realize now that my previous message may have been unclear.

Before withdrawing, I advised Ms. Kaweesa of all of the district court deadlines Judge Young mentioned in the hearing, and of the deadline for appealing the BIA's most recent (May 3, 2004) denial.

I obviously didn't advise her of her rights to appeal the first two denials by the BIA because I was not her lawyer at the time. I accepted the case sometime in March 2004.

Alexandra


| On Tue, 01 Jun 2004 13:40:47 -0400 (EDT)
| "Mark.Grady@usdoj.gov" <Mark.Grady@usdoj.gov> wrote:
| Thank you.  Hope all is well.
|
| -----Original Message-----
| From: DUFRESNA@bc.edu [mailto:DUFRESNA@bc.edu]
| Sent: Tuesday, June 01, 2004 1:39 PM
| To: Grady, Mark
| Subject: Re: Juliette Kaweesa
|
|
| Hi,
|
| Yes.  Before withdrawing, I informed Ms. Kaweesa in writing of her rights to appeal the various decisions in the matter, and the relevant filing deadlines, including the deadlines Judge Young mentioned in our last hearing.
|
| Alexandra
|
| | On Tue, 01 Jun 2004 11:33:34 -0400 (EDT)
| | "Mark.Grady@usdoj.gov" <Mark.Grady@usdoj.gov> wrote:
| |   The court has recently inquired of the government as to who has informed Ms. Kaweesa of her rights to appeal the various decisions in this matter.  In complying with the court's order, I simply inquire whether, prior to your withdrawal, you had occasion to inform Ms. Kaweesa of her right to appeal the most recent decision of the BIA and the applicable deadlines.
| |
|

1