UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of: Juliette Kaweesa<br>#A 75 835 579<br><br>Petitioner<br><br>JOHN D. ASHCROFT, Attorney General;<br>BRUCE CHADBOURNE, Interim Field<br>Office Director for Detnetion and Removal,<br>Boston Field Office, Bureau of Immigration<br>and Customs Enforcement; KATHLEEN M.<br>DENNEHY, Acting Commissioner,<br>Massachusetts Dep't of Correction, and the<br>Bureau of Immigration and Customs<br>Enforcement (BICE) | Civ No: 04-10513-WGY |

## AFFIDAVIT IN RESPONSE TO COURT'S REQUEST

I, Juliette Kaweesa, after duly sworn in, do hereby depose and state:

1. In October 1997, I filed a pro se political asylum application.

2. I was sent a notice to appear for a Master Calendar Hearing on May 13, 1999.

3. For some reason, I remembered the hearing date to be May 17, 1999.

4. Due to the fact that I failed to show to my schduled Master Calendar Hearing on May 13, 1999, an In Absentia Removal Order was placed against me.

5. On or about May 17, 1999, when I realized my mistake, I went to the Immigration Court and spoke to the clerk who told me to file a Motion to Reopen.

6. On or about May 19, 1999, I filed a pro se Motion to Reopen with the Immigration Court.

7. Subsequently, in June of 1999, I hired Attorney Cashman to represent me in this matter and in turn he supplemented my pro se Motion to Reopen with the Immigration Court.

8. Also in June 1999, Attorney Cashman received a denial from the Immigration Court to my Motion to Reopen and subsequently appealed the denial to the Board of Immigration Appeal.

9. The Board of Immigration Appeal re-affirmed to Immigration Court's decision in May of 2002.

10. At this time, Attorney Cashman informed me of the denial via a letter.
11. I never heard from Attorney Cashman after receiving this letter and Attorney Cashman never responded to any of my telephone calls.

12. Attorney Cashman never informed me that he no longer wanted to represent me and he never informed me of any legal options that I had with regards to my immigration legal issues.

13. Since I was unable to contact Attorney Cashman, I decided to consult with another attorney in June or July of 2002.

14. I went to Alex Almondel, who office was located on Massachusetts Avenue in Cambridge Massachusetts.

15. Mr. Almondel informed me that I could appeal the Board of Immigration Appeal decision within 90 days from the date of the decision.

16. I paid Mr. Almondel $1,500.00 in cash to appeal the Board of Immigration Appeal decision.

17. In August of 2002, I spoke to Mr. Almondel who informed me that he had filed the Motion to Reopen/Appeal.

18. Mr. Almondel showed me a blue piece of paper stating that it was a receipt from the Board of Immigration Appeal which represented that they had receive my Motion to Reopen/Appeal.

19. I had no reason to believe that Mr. Almondel was lying and misrepresenting himself to me.

20. From August 2002 until March or April of 2003, I kept called Mr. Almondel in order to get an update on my pending Motion to Reopen/Appeal.

21. Mr. Almondel kept informing me that he had not received a response from the Board of Immigration Appeal and that he would contact me once he did receive a response.

22. In April of 2003, there was an article in a Boston newspaper about Mr. Almondel stating that he was misrepresenting himself as an immigration attorney even though he was not a licensed attorney in Massachusetts.

23. Once I saw that newspaper article, I consulted with Attorney Elizabeth Broderick immediately.

24. It was at this time that I discovered that Mr. Almondel had never submitted a Motion to Reopen/Appeal to the Board of Immigration Appeal on my behalf.

25. After hiring Attorney Broderick as my attorney, she immidiately submitted a Motion to Reopen to the Board of Immigration Appeal in July 2003.

26. Attorney Broderick received a denial for the Motion to Reopen in November of 2003.

27. At this time, Attorney Broderick informed me that she could no longer represent me since there was nothing left to do on my case and that my only option was to write a letter to a Senator pleading for his/her help.

28. Sometime after November 2003, I wrote a lettter to a Senator pleading that they help me with my immigration problems.

29. In February or March of 2004, I consulted with Attorney Alexandra Dufresne of the Boston College Law School legal services, 885 Centre Street, Newton, Massachusetts.

30. Attorney Dufresne filed a Motion to Reopen with the Board of Immigration Appeal in April of 2004 which was later denied in May of 2004.

31. Attorney Dufresne withdrew from my case in May 2004.

32. I do not recall ever being informed by any government official of my right to appeal decisions of an immigration judge to the Board of Immigration Appeal and/or to the First Circuit.

33. I do remember that Mr. Almondel informed me that I had 90 days from the time of the Board of Immigration Appeal decision to appeal the decision, however I was under the assumption that Mr. Almondel had appealled the decision and that he was a licensed attorney in the Commonwealth of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: June 4, 2004

_____
Juliette Kaweesa

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I, Katereggo (Wilbegarce), forwarded a true copy of the foregoing Affidavit in Response to the Court's Request via hand delivery to the following:

United States District Court for the District of Massachusetts
Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210


Mark Grady
Assistant U.S. Attorney
U.S. Attoney's Office
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210


Dated: June 7, 2004

_____
(signature)