UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of: Juliette Kaweesa<br>#A 75 835 579<br><br>Petitioner<br><br>JOHN D. ASHCROFT, Attorney General;<br>BRUCE CHADBOURNE, Interim Field<br>Office Director for Detnetion and Removal,<br>Boston Field Office, Bureau of Immigration<br>and Customs Enforcement; KATHLEEN M.<br>DENNEHY, Acting Commissioner,<br>Massachusetts Dep't of Correction, and the<br>Bureau of Immigration and Customs<br>Enforcement (BICE) | Civ No: 04-10513-WGY |

## NOTICE OF APPEARANCE

Please enter our appearance of behalf of Ms. Juliette Kaweesa in the above captioned matter.

Respectfully submitted,
Alien Juliette Kaweesa
By her attorneys,

_____          _____
Ara H. Margosian                     Mark E. Pelosky
Law Offices of Ara H. Margosian, P.C. Law Offices of Mark Pelosky, P.C.
BBO#560556                           BBO#635022
415 Mt. Auburn Street                375 Broadway St, St207
Watertown, MA 02472                  Chelsea, MA 02150
(617) 926-8944                       (617) 884-8100

Date: June 28, 2004