UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of: Juliette Kaweesa<br>#A 75 835 579<br><br>Petitioner<br><br>JOHN D. ASHCROFT, Attorney General;<br>BRUCE CHADBOURNE, Interim Field<br>Office Director for Detnetion and Removal,<br>Boston Field Office, Bureau of Immigration<br>and Customs Enforcement; KATHLEEN M.<br>DENNEHY, Acting Commissioner,<br>Massachusetts Dep't of Correction, and the<br>Bureau of Immigration and Customs<br>Enforcement (BICE) | Civ No: 04-10513-WGY |

## MOTION PRO HAC VICE

Now Comes counsel for Ms. Kaweesa and hereby files this Motion Pro Hac Vice for Attorney Ara H. Margosian II. In support, he further states:

1. Attorney Mark Pelosky is admitted in Federal Court and in good standing.
2. Attorney Ara H. Margosian II is admitted in Massachusetts and in good standing.
3. Attorney Pelosky will be with Attorney Margosian in all the proceedings concerning the present case.

WHEREFORE, Attorney Pelosky prays this Court:
A. Grant this Pro Hac Vice Motion; or
B. Order alternative relief as the Court deems just and proper.

Dated: June 28, 2004

Mark E. Pelosky, Esq.
BBO#635022
Law Offices of Mark Pelosky, P.C.
375 Broadway, Suite 207
Chelsea, MA 02150
617-884-8100