UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIETTE NALUBWAMA KAWEESA, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO: |
| JOHN D. ASHCROFT, | ) | Docket # 04-10513-WGY |
| BRUCE CHADBOURNE, and | ) | |
| KATHLEEN M. DENNEHY, | ) | |
|     Respondents. | ) | |

**RESPONDENT'S ASSENTED TO REQUEST FOR A ONE DAY EXTENSION UNTIL JULY 12, 2004 TO FILE ITS MEMORANDUM OF LAW**

    Now come the respondents to request that this Court allow a one day extension, from Friday, July 9, 2004, until Monday, July 12, 2004, to file its memorandum of law in response to this Court's questions. As grounds for the motion, counsel for the Respondents states that the time requested is necessary to adequately and appropriately address the substantial issues of law raised by this Court's request for additional briefing.

    Counsel for the Petitioner, Ara Margosian, has assented to this motion.

Wherefore, the Respondents request a one day extension to file its memorandum of law.

Respectfully submitted,
MICHAEL J. SULLIVAN

United States Attorney

_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

## Certificate of Compliance

I hereby certify that counsel for the Petitioner, Ara Margosian, assented to the motion.

_/s/ Mark J. Grady_____
Mark J. Grady
Assistant U.S. Attorney

## Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner by mail on this 9th day of July 2004.

_/s/ Mark J. Grady_____
Mark J. Grady
Assistant U.S. Attorney