JULIET KAWEESA
15 Floyd Street Apt 1
Waltham MA 02154

May 19, 1999

Hon William P. Joyce
Attn: Immigration Court Clerk
Boston Immigration Court

Dear Sir/Madam

RE: MOTION TO REOPEN
FILE # A75-835-579

I am writing to apologize for having missed the hearing which was scheduled for May 13, 19. I unfortunately got mixed up with the dates.

I am respectfully requesting for the reopening of my case.

Sincerely yours,
July Kaweesa

9