Declaration of Elizabeth Broderick

I, Elizabeth Broderick, Attorney at Law, 174 Central St, Suite, Lowell MA, hereby declare under the penalties and pains of perjury under the Laws of the United States that the following is true and correct:

1. I am admitted to practice law in the Commonwealth of Massachusetts.

2. I first met with Juliette N. Kaweesa for a legal consultation in May 2003.

3. I filed a Motion to Reopen with the Board of Immigration Appeals on Ms. Kaweesa's behalf on July 25, 2003.

4. In my Motion to Reopen and in the Affidavit Ms. Kaweesa and I prepared together I incorrectly stated that Ms. Kaweesa filed a pro se Motion to Reopen on May 15, 1999. Ms. Kaweesa reported to me that she went to the Immigration Court and filed a Motion to Reopen "immediately" upon receiving her notice that she had missed her hearing and had

EB

been deported in absentia. I interpreted this to mean the same day – May 15, 1999. In fact, Ms. Kaweesa remembers going to the Court the day after she received the letter, although she cannot now recall the exact date.

5. Ms. Kaweesa's Motion to Reopen that I filed with the Board of Immigration Appeals was denied on November 12, 2003. I sent a copy of the decision to ~~~~ Ms. Kaweesa. In my cover letter I did not mention what options were available to her. I never notified Ms. Kaweesa in writing of ~~(was)~~ the possibility of appealing her case to Federal Court or of the filing deadlines.

6. I discussed Ms. Kaweesa's case with her during two phone calls after the denial decision of the BIA. I do not recall informing Ms. Kaweesa about filing deadlines for a Petition for Review in Federal Court. I do ~~(was)~~ recall telling Ms. Kaweesa that I ~~did not think further appeals~~ was not hopeful about the success of further appeals. Signed under the penalties and pains of perjury,

Elizabeth Badickle

5/10/04
Date

2.