I, Juliette N. Kaweesa, A# 75 835 579, DOB: Dec. 2, 1960 currently residing at the Bristol County House of Corrections, North Dartmouth, MA, under the penalties and pains of perjury of the laws of the United States, declare that the following is true and correct to the best of my ability:

1. I filed an application for Asylum pro se in 1997 based on past persecution and my fear of returning to my native Uganda.

2. After an interview with an immigration officer in Boston my case was referred to the Immigration Court. I was issued a Notice to Appear in Immigration Court on May 13, 1999. I wrote the wrong date on my calendar. I wrote May 17, 1999 instead of May 13th. I even asked for a day off from work (~~off~~) for May 17th.

3. I received a letter from the immigration Court stating that I had failed to attend the hearing. This was when I first realized my mistake.

4. I went to the Immigration Court the day after I received the letter. I am not sure of the exact date. I filed a Motion to Reopen pro se on the day I went to the Court.

Initials: JK

1.

5. I then hired an attorney, Daniel Cashman, who said he would represent me in my Motion to Reopen. I don't remember what he told me when my Motion to Reopen was denied. He did not send me a letter explaining the situation. I recall meeting with him twice in his office.

6. Attorney Cashman appealed my denial to the Board of Immigration Appeals. When my appeal was denied I received a copy of the decision with a brief cover letter. We never discussed the BIA appeal. He never informed me verbally or in writing about my opportunity to appeal to the Federal Court or filing deadlines. My appeal was denied on May 6, 2002.

7. I then consulted with Al Mondel of Cambridge, MA. At the time I thought he was an attorney. He told me that he had sent a letter to the immigration court. Every time I spoke to him he told me we were waiting for a response.

8. I was still waiting for a response in May 2003 when 2 immigration officers came to my apartment looking for me when I was not home. I asked the friend who spoke to the immigration officers if they left a phone number or any contact information, she said they had not.

9. I then contacted Attorney Elizabeth Broderick. I had read an article in the local paper about Al Mondel, it was then that I realized that he was not an attorney.

2)                           Initials: JR

10. Attorney Broderick helped me to file a Freedom of Information Act Request to see if Ai Mandel had filed anything on my behalf.

11. On June 17, 2003 I was detained by the Department of Homeland Security. I was brought to Bristol County House of Corrections on June 18, 2003. I have been there since June 18, 2003.

2. On July 25, 2003 my new attorney, Elizabeth Broderick filed a Motion to Reopen with the Board of Immigration Appeals.

3. On November 12, 2003 my Motion to Reopen was denied. Attorney Broderick sent me a copy of the decision with a brief cover letter. In her letter she did not mention the possibility of appealing the case to Federal Court.

14. I spoke with Attorney Broderick at least twice over the phone. We discussed the reasons for the denial. I don't recall the exact conversations but she did not give me any hope that further appeals were possible. I don't remember her mentioning any filing deadlines.

15. The next attorney I consulted with was Alexandra Dufresne. I had given up hope and thought there no more options. Attorney Dufresne suggested the option of filing a Petition

3)

Initials: JR

in Federal Court.

16. In my Second Motion to Reopen prepared by Attorney Broderick I stated that I filed my Motion to Reopen prose on May 15, 1999. This is due to a miscommunication between Attorney Broderick and myself. I told her that I received the letter and went immediately to court. She thought I meant the same day. I know that I went to Court and filed my Motion the day after I received the letter, although I don't remember the exact dates.

Signed under the penalties + pains of perjury.

_____
Juliette N. Kaweesa

3/16/004
Date

4)