UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIETTE NALUBWAMA KAWEESA,<br>            Petitioner, | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO: |
| JOHN D. ASHCROFT,<br>BRUCE CHADBOURNE, and<br>KATHLEEN M. DENNEHY,<br>            Respondents. | )<br>)<br>)<br>)<br>) | Docket # 04-10513-WGY |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Respondents respectfully submit this supplemental notice to bring to this Court's attention the recent decision of the First Circuit Court of Appeals in <u>Sayyah v. Farquharson</u>, --- F.3d ---, 2004 WL 1921824 (1st Cir. August 31, 2004).  In that case, the First Circuit Court of Appeals concluded that the statutory exhaustion requirement of 8 U.S.C. § 1252(d)(1) <u>precluded</u> habeas jurisdiction where an individual failed to exhaust available remedies.

This Petitioner has elected to forego exhaustion of her claims by way of appeal to the First Circuit.  Thus, habeas jurisdiction is statutorily barred.  See <u>Sayyah v. Farquharson</u>, <u>supra</u>; and 8 U.S.C. §1252(d)(1).

                                                        Respectfully submitted,
                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

                        By:    <u>/s/ Mark J. Grady</u>
                               MARK J. GRADY
                               Assistant U.S. Attorney
                               U.S. Attorney's Office
                               John Joseph Moakley U.S. Courthouse
                               1 Courthouse Way, Suite 9200
                               Boston, MA   02210
                               Tel. No. (617) 748-3136

**Certificate of Service**

    I hereby certify that a true copy of the above document was served upon counsel for the Petitioner by mail on this 3rd day of September 2004.

                                                        /s/ Mark J. Grady
                                                        Mark J. Grady
                                                        Assistant U.S. Attorney