UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIETTE NALUBWAMA KAWEESA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO: |
| JOHN D. ASHCROFT, | ) | Docket # 04-10513-WGY |
| BRUCE CHADBOURNE, and | ) | |
| KATHLEEN M. DENNEHY, | ) | |
| Respondents. | ) | |

## RESPONDENTS' SECOND NOTICE OF SCHEDULING OF REMOVAL

Now come the Respondents, pursuant to this Court's March 17, 2004, order, and in light of the expiration of this Court's stay, on June 11, 2004, to provide notice that the removal of the Petitioner has been scheduled to go forward on November 20, 2004.

Respectfully submitted,
MICHAEL J. SULLIVAN

United States Attorney

_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the Petitioner's counsel by mail this 20th day of October 2004.

_/s/ Mark J. Grady_____
Mark J. Grady
Assistant U.S. Attorney