# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10513

Juliette Kaweesa

v.

John D. Ashcroft, et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 30 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 18, 2004.

Tony Anastas, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _11/18/04_ .

_D. Burchard_

Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]