# United States Court of Appeals
## For the First Circuit

No. 04-2548

JULIETTE NALUBWAMA KAWEESA,

Petitioner,

v.

JOHN ASHCROFT, ET AL.,

Respondents.

ORDER OF COURT

Entered: November 17, 2004

Petitioner has filed an Emergency Motion to Stay Removal "until this court has made a final ruling on her claims." Petitioner filed a petition for writ of habeas corpus in district court, seeking review of five decisions denying her application for political asylum and subsequent motions to reopen her case. The district court has not yet issued a judgment in this case, but has indicated orally that it will transfer at least part of the case to this court. The district court has stated its intent to issue its decision on November 17 or 18, 2004. Meanwhile, petitioner is scheduled to be deported on November 20, 2004.

Our preliminary review of the record indicates that the district court intends to transfer to this court (for direct judicial review) only that part of petitioner's case which seeks review of the Bureau of Immigration Appeals (BIA) decision dated May 3, 2004. With respect to the other aspects of the habeas petition, seeking review of four other immigration decisions, it appears that the court intends to dismiss the petition for lack of jurisdiction.

Because it appears that only part of the case is presently before us (via transfer) and because petitioner has not yet had a chance to review the district court's written opinion and judgment and to decide whether or not to appeal therefrom, we grant a temporary stay of deportation conditioned on the following. Within five days of the issuance of the district court's judgment in this case, petitioner shall notify this court whether she will appeal

that judgment. If she intends to appeal, petitioner promptly shall file a notice of appeal and a motion for stay pending appeal in district court. If petitioner fails to notify this court or notifies the court that she does not intend to file a notice of appeal, then this court will make a determination whether to lift the temporary stay or extend it, based upon the emergency motion which has been filed in this court. If petitioner files a notice of appeal in district court and the district court denies her motion for stay pending appeal, petitioner must promptly notify this court of the denial. At that point, we will set deadlines for responses and will, in due course, determine whether to lift the temporary stay of removal or extend it during our direct review and appellate review of petitioner's claims.

By the Court:

Richard Cushing Donovan, Clerk.

By: __**MARGARET CARTER**__
       Chief Deputy Clerk.

[cc: Ara H. Margosian, Alexandra F. Dufresne, Daniel Kanstroom, Esq., Elizabeth Broderick, Mark Jon Grady, AUSA ]