UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIETTE NALUBWAMA KAWEESA, )<br>        Petitioner, )<br>)<br>v. )<br>)<br>JOHN D. ASHCROFT, )<br>BRUCE CHADBOURNE, and )<br>KATHLEEN M. DENNEHY, )<br>        Respondents. ) | CIVIL ACTION NO:<br>Docket # 04-10513-WGY |

### NOTICE OF APPEAL

The Respondents hereby give notice of their intent to appeal to the First Circuit Court of Appeals the district court's June 16, 2004, and November 17, 2004, orders in their entirety including the lower court's finding that it possessed subject matter jurisdiction and the lower court's order transferring the matter to the First Circuit Court of Appeals.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

### Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner Ara Margosian, 415 Mount Auburn Street, Watertown, MA 02472, by mail on this 21st day of December 2004.

_____
Mark J. Grady
Assistant U.S. Attorney