```
                                                                 1


 1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Civil Action
 3                                         No. 04-10513-WGY

 4
       * * * * * * * * * * * * * * * *
 5     JULIETTE KAWEESA,               *
                                       *
 6              Petitioner,            *
                                       *
 7     v.                              *     HEARING
                                       *
 8     JOHN D. ASHCROFT, Attorney      *
       General, BRUCE CHADBOURNE,      *
 9     Interim Field Director for      *
       Detention and Removal, Boston   *
10     Field Office, Bureau of         *
       Immigration and Customs         *
11     Enforcement, KATHLEEN M.        *
       DENNEHY, Acting Commissioner,   *
12     Massachusetts Dep't of          *
       Corrections, and the BUREAU OF  *
13     IMMIGRATION AND CUSTOMS         *
       ENFORCEMENT,                    *
14                                     *
                Respondents.           *
15     * * * * * * * * * * * * * * * *

16              BEFORE:   The Honorable William G. Young,
                          District Judge
17

18     APPEARANCES:

19           ALEXANDRA F. DUFRESNE, ESQ., Boston College
          Immigration and Asylum Project, 885 Centre Street,
20        Newton, Massachusetts 02109, on behalf of the
          Petitioner
21
             MARK J. GRADY, Assistant United States
22        Attorney,  1 Courthouse Way, Suite 9200, Boston,
          Massachusetts 02210, on behalf of the Respondents
23
                                           1 Courthouse Way
24                                         Boston, Massachusetts

25                                         April 20, 2004
```