```
                                                                     1


 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 04-10513-WGY

 4
     * * * * * * * * * * * * * * * *
 5   JULIETTE KAWEESA,              *
                                    *
 6             Petitioner,          *
                                    *
 7   v.                             *       HEARING
                                    *
 8   JOHN D. ASHCROFT, Attorney     *
     General, BRUCE CHADBOURNE,     *
 9   Interim Field Director for     *
     Detention and Removal, Boston  *
10   Field Office, Bureau of        *
     Immigration and Customs        *
11   Enforcement, KATHLEEN M.       *
     DENNEHY, Acting Commissioner,  *
12   Massachusetts Dep't of
     Corrections, and the BUREAU OF *
13   IMMIGRATION AND CUSTOMS        *
     ENFORCEMENT,                   *
14                                  *
               Respondents.         *
15   * * * * * * * * * * * * * * * *

16             BEFORE:  The Honorable William G. Young,
                              District Judge
17

18   APPEARANCES:

19          ALEXANDRA F. DUFRESNE, ESQ., Boston College
        Immigration and Asylum Project, 885 Centre Street,
20      Newton, Massachusetts 02109, on behalf of the
        Petitioner
21
            MARK J. GRADY, Assistant United States
22      Attorney, 1 Courthouse Way, Suite 9200, Boston,
        Massachusetts 02210, on behalf of the Respondents
23
                                          1 Courthouse Way
24                                        Boston, Massachusetts

25                                        May 11, 2004
```