
```
                                                                  1


 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-10513-WGY

 4
       * * * * * * * * * * * * * * * *
 5     JULIETTE KAWEESA,              *
                                      *
 6     v.                             *       HEARING
                                      *
 7     JOHN D. ASHCROFT, Attorney     *
       General, BRUCE CHADBOURNE,     *
 8     Interim Field Director for     *
       Detention and Removal, Boston  *
 9     Field Office, Bureau of        *
       Immigration and Customs        *
10     Enforcement, KATHLEEN M.       *
       DENNEHY, Acting Commissioner,  *
11     Massachusetts Dep't of         *
       Corrections, and the BUREAU OF *
12     IMMIGRATION AND CUSTOMS        *
       ENFORCEMENT,                   *
13                                    *
                 Respondents.         *
14     * * * * * * * * * * * * * * * *

15              BEFORE:  The Honorable William G. Young,
                              District Judge
16

17     APPEARANCES:

18             LAW OFFICES OF ARA H. MARGOSIAN, P.C. (By
          Ara H. Margosian, Esq.), 415 Mt. Auburn Street,
19        Watertown, Massachusetts 02472, on behalf of the
          Petitioner
20
               MARK J. GRADY, Assistant United States
21        Attorney,  1 Courthouse Way, Suite 9200, Boston,
          Massachusetts 02210, on behalf of the Respondents
22
                                              1 Courthouse Way
23                                            Boston, Massachusetts

24                                            November 12, 2004

25
```