04-10513
USDC-MA BO
J. Young

# MANDATE

# United States Court of Appeals
## For the First Circuit

No.   05-1080

JULIETTE NALUBWAMA KAWEESA

Petitioner - Appellee

v.

JOHN D. ASHCROFT, B Attorney General; BRUCE CHADBOURNE, Interim Field Office Director for Detention and Removal, Boston Field Office, Bureau of Immigration and Customs Enforcement; KATHLEEN M. DENNEHY, Acting Commissioner, Mass. Dept. of Correction, and the Bureau of Immigration and Customs Enforcement

Respondents - Appellants

---

## JUDGMENT

**Entered: March 24, 2005**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/24/05

By the Court:
Richard Cushing Donovan, Clerk

By: __JULIE GREGG__
Operations Manager

[cc: Alexandra F. Dufresne, Ara H. Margosian, Esq., Daniel Kanstroom, Esq., Elizabeth Broderick, Mark E. Pelosky, Esq., Mark Jon Grady, AUSA, Francis W. Fraser, Esq.]